JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEANCARLO JOSE ORDUNA MINAYA,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, ETC., ET AL.,<br>Respondents. | No. ED CV 26-6507-E<br><br>JUDGMENT |

Pursuant to the "Order for Entry of Judgment," the Petition is granted in part. Within seven (7) days of the entry of Judgment, Respondents must provide Petitioner (A# 245-022-000) with a bond hearing before an immigration judge at which the Government bears the burden of proving by clear and convincing evidence that the detention of Petitioner is necessary because Petitioner is an unacceptable danger to the community or an unacceptable risk of flight.

DATED: November 10, 2026



CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE